IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **VINSON HARDAGE** § | |
| § | |
| **VS.** § | No: 5:21-cv-137-RWS-JBB |
| § | |
| **COMMISSIONER OF SSA** § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge, which recommends the above-entitled Social Security action be affirmed because the record shows that the Commissioner correctly applied the applicable legal standards and substantial evidence supported the Commissioner's determination. Docket No. 13 at 32–33. Plaintiff Vinson Hardage initiated the above-titled action, pursuant to the Social Security Act, Section 405(g), for judicial review of the Commissioner's denial of Plaintiff's applications for disability and disability insurance benefits. Docket No. 1 at 1. The above-captioned civil action was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636 and the applicable orders of this Court. No objections to the Report and Recommendation were filed. Thus, any aggrieved party is barred from *de novo* review by the Court of the proposed findings and recommendations of the Magistrate Judge. *See Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203- RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings and the Report of the Magistrate Judge in this case. Upon such review, the Court has determined the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous,

abuse of discretion and contrary to law."). The Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** the report of the Magistrate Judge (Docket No. 13) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that Plaintiff's above-entitled Social Security action is hereby **AFFIRMED**. A final judgment will be entered in this case in accordance with this order.

**So ORDERED and SIGNED this 18th day of August, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE